UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

APR - 1 2015

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. |
| RON DAMON HILL, | ) |
| Defendant. | ) |

### INDICTMENT

### COUNT 1

The Grand Jury charges:

On or about March 13, 2015, in the Eastern District of Missouri, the defendant,

**RON DAMON HILL,**

did knowingly possess, transfer, and use, without lawful authority, a means of identification of another person, to wit, the name, date of birth, and social security number of C.B., during and in relation to the commission of the felony offenses of: possession of counterfeit and unauthorized access devices, Title 18, United States Code, Section 1029(a)(3); social security fraud, Title 42, United States Code, Section 408(a)(7)(B); and, wire fraud, Title 18, United States Code, Section 1343.

In violation of Title 18, United States Code, Sections 1028A and 2.

## COUNT 2

The Grand Jury further charges that:

On or about March 13, 2015, in the Eastern District of Missouri, the defendant,

**RON DAMON HILL,**

did knowingly possess, transfer, and use, without lawful authority, a means of identification of another person, to wit, the name, date of birth, and social security number of G.M., during and in relation to the commission of the felony offenses of: possession of counterfeit and unauthorized access devices, Title 18, United States Code, Section 1029(a)(3); social security fraud, Title 42, United States Code, Section 408(a)(7)(B); and, wire fraud, Title 18, United States Code, Section 1343.

In violation of Title 18, United States Code, Sections 1028A and 2.

## COUNT 3

The Grand Jury further charges that:

On or about March 13, 2015, in the Eastern District of Missouri, the defendant,

**RON DAMON HILL,**

in a manner affecting interstate commerce, did knowingly and with intent to defraud possess more than fifteen unauthorized access devices, that is: more than 20 social security numbers.

In violation of Title 18, United States Code, Sections 1029(a)(3), 1029(b)(1), and 2.

A TRUE BILL.

_____
FOREPERSON


RICHARD CALLAHAN
United States Attorney


_____
TRACY L. BERRY, 014753
Assistant United States Attorney

3